UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                                              Chapter 11

PMA MEDICAL SPECIALISTS, LLC.                    Case No. 16-12016 (AMC)

                                                                       APPOINTMENT OF COMMITTEE
                    Debtor(s).                                    OF UNSECURED CREDITORS
----------------------------------

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. McKesson Specialty Health, 401 Mason Road, La Vergne, TN 37086; Attn: David Corcoran, Vice President; Phone: (615) 287-5324; E-Mail: David Corcoran@McKesson.com;

2. Ancero, LLC., 1001 Briggs Road, Suite 220, Mt. Laurel, NJ 08054; Attn: Robert Hogg, Managing Partner; Phone: (856) 210-5805/Fax: (856) 210-5855; E-Mail: rhogg@ancero.com;

                                                                Andrew R. Vara
                                                                Acting United States Trustee
                                                                Region 3


                                                                 _/s/ Kevin P. Callahan for_____
                                                                Frederic J. Baker
                                                                Assistant United States Trustee

DATED:  April 11, 2016

Attorney assigned to this case:  Kevin P. Callahan, Esquire (215) 597-4411

Created 01/18/12